STATE OF MAINE

CUMBERLAND, ss.

STATE OF MAINE
CUMBERLAND
CLERK

SUPERIOR-COURT
CRIMINAL ACTION
Docket No. CR-06-39

2008 MAY 21

STATE OF MAINE,

v.                                                  ORDER

BILLY JACK ADAMS,

        Defendant.


Mr. Adams' motion to reduce his sentence is based on his assertion that he was misinformed by an unnamed source as to the amount of good time he would receive. That is not grounds for reducing a sentence. The clerk will make the following entry on the docket by reference:

Billy Jack Adams' motion to reduce is denied.

DATED:     May 20, 2008

_____
William S. Brodrick
Active-Retired Justice, Superior Court


Cliff Strike - atty
Robert Ellis - DA


Attest: _____
        Clerk